■ In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property for a Project Known as Harlem-East Harlem Neighborhood Development Area Bounded by East 106th Street and Other Streets in the Borough of Manhattan, City of New York, Stage IV. SALVATION ARMY, INC., Appellant.—Third, separate and partial final decree of Supreme Court, New York County, entered December 12, 1975, awarding appellant the sum of $607,000, unanimously modified, on the law, to the extent of awarding appellant finance charges computed at the rate of 9% for one year on the court's depreciated award, and otherwise affirmed, without costs and without disbursements. When, as here, the summation method of valuation (reproduction cost less depreciation) is used, an allowance must be made for all necessary overhead expenses. The court did include in its decision such commonly awarded overhead costs as architects' fees, general conditions and contractor's overhead and profit, but omitted finance charges because appellant deferred construction until after its condemnation award was received. The introduction of such circumstance ignores the well-established rule that "The amount of damages to which the claimant is entitled as the result of an appropriation is to be measured and fixed as of the time of the taking." *(Wolfe v State of New York,* 22 NY2d 292, 295.) To hold otherwise could delay the finalization of awards and introduce other collateral elements, such as inflationary trends. Settle order on notice. Concur—Kupferman, J. P., Murphy, Lupiano, Silverman and Nunez, JJ.

■ CORNELL UNIVERSITY et al., Appellants, v NEW YORK CITY CONCILIATION AND APPEALS BOARD et al., Respondents.—Order and judgment (one paper), Supreme Court, New York County, entered on August 23, 1976, unanimously affirmed on the opinion of Gellinoff, J., at Special Term (see, also, *Axelrod v Starr,* 52 AD2d 232), without costs and without disbursements. Concur—Markewich, J. P., Murphy, Birns, Silverman and Capozzoli, JJ. [87 Misc 2d 1060.]

■ In the Matter of ANNIE GRANT, Appellant, v JOSEPH WILLIAMS, as Deputy New York City Administrative Judge, Family Division, et al., Respondents.—Judgment, Supreme Court, New York County, entered on October 26, 1976, unanimously affirmed for the reasons stated by Spiegel, J., at Special Term, without costs and without disbursements, and with a direction that the proceedings in the Family Court now scheduled for January 20, 1977, proceed to trial on scheduled date without further delay. Concur—Stevens, P. J., Markewich, Murphy, Birns and Nunez, JJ.